AT THE

ST. LOUIS, KANSAS CITY AND SPRINGFIELD

# COURTS OF APPEALS

AT THE

## OCTOBER TERM, 1913.

C. W. CASEBOLT, Appellant, v. Wm. COURTNEY, Respondent.

Springfield Court of Appeals, January 19, 1914.

COURTS: Real Estate: Title to Involved: Supreme Court Has Jurisdiction in Appeal. An action in the nature of a suit to redeem title to real estate and to have the title thereto divested out of defendant and vested in plaintiff, involves title to real estate and hence only the Supreme Court has jurisdiction of the appeal.

Appeal from Jasper County Circuit Court, Division No. Two.—*Hon. D. E. Blair,* Judge.

TRANSFERRED TO THE SUPREME COURT.

*Norman Cox, Hugh Dabbs* and *R. A. Mooneyham* for appellant.

*McReynolds* and *Halliburton* for respondent.

ROBERTSON, P. J.—This action is in the nature of a suit to redeem real estate in Jasper county and

177 Mo. App.]　　　(414)

to have the title thereto divested out of the defendant and vested in the plaintiff, clearly involving ,as is conceded by the parties hereto, title to real estate and governed by our decision in the case of House v. Clark, 171 Mo. App. 242, 156 S. W. 495. It is, therefore, transferred to the Supreme Court. *Farrington* and *Sturgis, JJ.,* concur.